FILED
May 01 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ BreanneChandler   DEPUTY

1 Name: TRESOR NDANDU
2 Address: 124 Lausanne Dr, SANDIEGO, CA 92114
3 Telephone Phone: 619-459-3069
4 Email:

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

TRESOR - NDANDU,

Plaintiff(s),

v.

GOLDEN STATE ANNEX (ICE) Detention Center,

Defendant(s).

Case No.: **'23 CV 0792 WQH WVG**
(assigned at time of filing)

**COMPLAINT**

**I.   RELATED CASES**

  a.   Do you have other Civil Case(s) in this or any other federal court?
       ☒ Yes    ☐ No

  b.   If yes, please list the case numbers here:

**II.   STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

On 5/14/2022 approximately 9 pm Officer Sasso Ordered me to put down my religious Pictures off the wall by my bunk area. I declined her request, she got mad and Insulted me by Calling me a Monky.
I threatened to Sue her and the facility.
As retaliation Lieutenant Yales sent me in hole in Administrative segregation.
I went on hunger strike.
(GEO) officers release my family Information to detainees who was active gang members.
I was threatening to get Jumped by other detainees.
I was harassed by the Staffs and Detainees. Officer name Gonzalez J and detainee name Jung Sex playing me In the dorm and by rec yard. All Including anxiety and fear my family will be target.

2

III.  **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

I'm Suing for $2000.000 million Includes Emotional distress highly unpleasant emotional reations fight, shock, nervousness, anxiety, worry, horror, grief.

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

5-1-2023
Date

Signature

Tresor Nda Ndw
Printed Name

4