UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESOR NDANDU,<br><br>        Plaintiff,<br><br>v.<br><br>GOLDEN STATE ANNEX (ICE)<br>DETENTION CENTER,<br><br>        Defendant. | Case No.:  3:23-cv-00792-WQH-WVG<br><br>**ORDER** |

HAYES, Judge:

On April 26, 2023, Plaintiff Tresor Ndandu, proceeding pro se, initiated this action by filing a civil rights Complaint. (ECF No. 1.) On the same day, Plaintiff filed a Motion to Proceed In Forma Pauperis. (ECF No. 2.)

On May 18, 2023, the Court issued an Order granting the Motion to Proceed In Forma Pauperis, screening the Complaint pursuant to 28 U.S.C. § 1915(e)(2), and dismissing the Complaint for failure to state a claim. (ECF No. 5.) Specifically, the Court held that Plaintiff's *Bivens* claim could not be brought against Defendant Golden State Annex (ICE) Detention Center, a prison facility, and noted that "the Supreme Court and Court of Appeals have expressly declined to create Bivens remedies for constitutional violations similar to those alleged in this action." *Id.* at 4, 5 n.3. The Court gave Plaintiff thirty days to file a motion for leave to amend the Complaint and instructed Plaintiff that

the motion "must be accompanied by a copy of the proposed amended complaint that is complete in itself without reference to the original Complaint." *Id.* at 5 n.4 (quoting CivLR 15.1).

On June 7, 2023, Plaintiff filed a Motion for Leave to Amend. (ECF No. 6.) The Motion for Leave to Amend is not accompanied by a proposed amended complaint.

IT IS HEREBY ORDERED that Plaintiff is granted an additional thirty (30) days from the date of this Order to file a proposed amended complaint remedying the defects identified by the Court in its May 18, 2023, Order. The proposed amended complaint must be complete in itself without reference to the original Complaint.

IT IS FURTHER ORDERED that the Court defers consideration of the Motion for Leave to Amend until after a proposed amended complaint is filed. If no proposed amended complaint is timely filed, the Court will deny the Motion for Leave to Amend with prejudice and close the case for failure to obey a court order.

Dated:  June 12, 2023

Hon. William Q. Hayes
United States District Court

3:23-cv-00792-WQH-WVG