# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESOR NDANDU,<br><br>                              Plaintiff,<br><br>v.<br><br>GOLDEN STATE ANNEX (ICE)<br>DETENTION CENTER,<br><br>                              Defendant. | Case No.:  3:23-cv-00792-WQH-WVG<br><br>**ORDER** |

HAYES, Judge:

On May 18, 2023, the Court issued an Order screening Plaintiff Tresor Ndandu's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and dismissing the Complaint for failure to state a claim. (ECF No. 5.)

On June 7, 2023, Plaintiff filed a Motion for Leave to Amend. (ECF No. 6.) Because the motion was not accompanied by a proposed amended complaint, the Court deferred ruling on the motion until after Plaintiff filed a proposed amended complaint. (*See* ECF

1

No. 7.) On July 12, 2023, Plaintiff filed a document requesting an extension of time to file the proposed amended complaint.[1] (ECF No. 8.)

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend and request for an extension of time to file an amended complaint are granted. Plaintiff shall file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint filed by Plaintiff will be screened by the Court pursuant to 28 U.S.C. § 1915(e). Should Plaintiff fail to timely file an amended complaint, the Court will dismiss this action and close the case for failure to obey a court order.

Dated:  July 14, 2023

Hon. William Q. Hayes
United States District Court

---

[1] At this time the Court determines that it is preferable to grant Plaintiff leave to amend and review any amended complaint, when filed, under the required sua sponte screening procedure set forth in 28 U.S.C. § 1915(e).