TRESOR. MALEKA-NdaNdu
(Name)
124 Lausanner Dr
(Address)
SANDIEGO, CA 92114
(City, State, Zip)
A# 0952273140
(CDCR / Booking / BOP No.)

```
FILED

AUG 0 8 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

# United States District Court
## Southern District of California

TRESOR - MALEKA-Nda Ndu
(Enter full name of plaintiff in this action.)

                Plaintiff,

v.

Officer Sasso ,
Officer GONZALEZ-J,
LT. Yates ,
Detention Warden ,
                   ,
(Enter full name of each defendant in this action.)
                Defendant(s).

TRESOR - MALEKA. NDANDU

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Amended Complaint

Civil Case No. 3.23 - CV-00792-WQH-WVE
(To be supplied by Court Clerk)

**Civil Rights Complaint**
per 28 U.S.C. § 1331
and *Bivens v. Six Unknown
Named Agents of Federal Bureau
of Narcotics*, 403 U.S. 388 (1971)

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331and *Bivens*. If you wish to assert jurisdiction under different or additional authority, list them below.
       Subject - matter jurisdiction   .

## B. Parties

1. <u>Plaintiff</u>:  This complaint alleges that the civil rights of Plaintiff, TRESOR - NdaNdu
MALEKA , who presently resides at 124 Lausann Dr, SD, CA 92114
(mailing address or place of confinement)
            , were violated by the actions of the
below named individuals.  The actions were directed against Plaintiff at GOLDEN STATE ANNEX
611 S FRONTAGE RD       on (dates) 5-14-2022, 1-23-2022 and 6-11-2022
(institution/place where violation occurred)        (Count 1)     (Count 2)     (Count 3)

Bivens SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **Officer Sasso** resides in **Mc FARLAND, CA 93250**
    (name)                                          (County of residence)
and is employed as a **Detention Officer**. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: **Following Bivens, the Court has endorsed**
**violations by federal officer in two cases, which involved**
**fifth, Eighth and First Amendment**.

Defendant **Officer GONZELEZ** resides in **MC FARLAND, CA 93250**
    (name)                                          (County of residence)
and is employed as a **Detention Officer**. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____

_____

_____

Defendant **LT. YATES** resides in **MC FARLAND, CA 93250**
    (name)                                          (County of residence)
and is employed as a **Lieutenant Officer**. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: _____

_____

_____

Defendant **Ms WARDEN (GEO)** resides in **Mc FARLAND, CA 93250**,
    (name)                                          (County of residence)
and is employed as a **Detention WARDEN**. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law **(In Bivens, 403 U.S. at 389) Defendant**
**Commits a Constitutional tort, violation of**
**the fourth Amendment.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>:  The following civil right has been violated: Color of LAW Violation

(E.g., medical care, excessive force, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

this is

Amend Complaint

in Case 3:23-CV-00792-WQH. WVG

<u>Count 2</u>: The following civil right has been violated: Human right Violation

(E.g., medical care, excessive force, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Amended Complaint in Case #

3:23-cv-00792. WQH-WVG

<u>Count 3</u>:  The following civil right has been violated: <u>Religious Discrimination</u>
(E.g., right to medical care, excessive force, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Amended      Complaint in  Case
3:23-CV-00792 - WQH - WVG

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  ☐ Yes  ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____ N|A _____

Defendants: _____ N|A _____

(b)  Name of the court and docket number: _____ N|A _____

_____ N|A _____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____ Case still pending _____.

(d)  Issues raised: _____

_____

_____

_____

_____.

(e)  Approximate date case was filed: 5-14-2022 _____.

(f)  Approximate date of disposition: N/A _____.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, BP-8, BP-9, etc.] ? ☒ Yes  ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not exhausted.

I exhauste all forms of available relief from the proper administrative officials in (GEO) Detention but I was released before Anything be Solved,

_____

_____

_____

_____

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): _permanent Injunction_

    2. Damages in the sum of $ _20 million $._

    3. Punitive damages in the sum of $ _20.000.000 Million_

    4. Other: _N/A_

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

_8-8-2023_
Date

_[signature]_
Signature of Plaintiff