UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESOR NDANDU, | Case No.:  3:23-cv-00792-WQH-KSC |
| Plaintiff, | **ORDER** |
| v. | |
| OFFICER SASSO; OFFICER GONZALEZ; LIEUTENANT YATES; DETENTION WARDEN, | |
| Defendants. | |

HAYES, Judge:

On January 8, 2024, Plaintiff filed a motion "request[ing] to see the judge on February 15, 2024" ("Motion"). (ECF No. 15.) The Motion contains no other text.

The same day, the Court issued an Order sua sponte dismissing Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2). (ECF No. 14.) The Court granted Plaintiff thirty days from the date of the Order to file a second amended complaint. *Id.*

IT IS HEREBY ORDERED that the Motion (ECF No. 15) is denied without prejudice.

Dated:  January 12, 2024

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court

1