UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESOR NDANDU,<br><br>                        Plaintiff,<br><br>v.<br><br>OFFICER SASSO; OFFICER GONZALEZ; LIEUTENANT YATES; DETENTION WARDEN,<br><br>                        Defendants. | Case No.:  3:23-cv-00792-WQH-VET<br><br>**ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that the motion requesting an extension of time to file a second amended complaint (ECF No. 19) is granted.[1] Plaintiff shall file a second amended complaint within thirty (30) days of the entry of this Order.

Dated:  February 21, 2024

Hon. William Q. Hayes
United States District Court

---

[1] The renewed Motion to Appoint Counsel (ECF No. 18) remains pending.

1