Print Form

Name: TRESOR NDANDU

Address: 342 EUCLID AVe STe 406 #229 SANDIEGO, CA 92114

Telephone Phone: 619-459-3069

Email: NdaNduTresor446 Gmail.Com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRESOR NDANDU

                    Plaintiff(s),

v.

OFFICER SASSO, OFFiCer GONZALEZ LIEUTENANT YATES, DETENTION WARDEN

                    Defendant(s).

Case No.: 3: 23-cv-00792-WQH-kSC
(assigned at time of filing)

**COMPLAINT** AMENDED

## I.   RELATED CASES

a.   Do you have other Civil Case(s) in this or any other federal court?

☐ Yes      ☒ No

b.   If yes, please list the case numbers here:

## II.   STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

This CiViL Right class action Challenging a desparate treatment of AFRICAN Imm BLACK Immigrant refugee person by "GEO" Detention Center Immigration (ICE).

This treatment includes Stops, detention and Searches base on race.

This Treatment also Includes discriminatory and Retaliation

On 3-15-22 I requested to speak with the (FBi) Because "GEO" WARDEN" ordered to release my family Information to the detainees who was gang mumbers, just because I was threatening to sue the Detention Center.

On 5-14-2022 Approximately 9pm Officer SASSO conducted Illegal Search and seize of my religious Items At dorm A24 In (GEO) Deutention plaintiff Complained to officer SASSO about Illegal Search because I was the only black person in dorm.

I threatened to sue her and the facility.

I reported the Incident to Lieutenant "YATES" at the sameday 5-14-2022 I was sent in the "Hole" Administrative Segregation As Retaliation by Lieutenant "YATES"

I was at hunger Strike during my time in "Hole" And I have High Blood pressure History.

I told MS "YATES" this UnLAwful punishment. And plaintiff was release in Hole the next day 5-14-2022 at 2252h.

plaintift was Intentionally Treated differenly from Similarly - Situate Individuals with rational basis,

I was discriminate based on my Country the origine. and race.

Officer "SASSO" insulted me by Calling me a "Monkey" Officer "GONZALEZ-I and the plaintiff one night in yard Court, Ms GONZALEZ was Unprofessional by Conducting Sexual behavior, so I can Catch Charged. "REVIEW THE "CLTV" Detention CAMERA"

Detenices Used Verbal Slurs and Used of Racial Slurs-

3

EXB 3

by Calling or Insulting plaintiff "MONKY"

FARMER V. Brown, 511 U.S. 825, 832 (1994) (citations omitted). Id. at 834 (Internal quotations and citations omitted.

Time/Date Stamp



GOLDEN STATE ANNEX



# "KITE"

## Special Correspondence for GEO
## Correspondencia para GEO



Name/Nombre ___Nda Ndu Tilsor___ Date/Fecha ___14___

A-Number/Número de Inmigración ___15727 HC___ Dorm & Bunk #/Litera ___5 1___

*****STAFF SIGNATURE/AFIRMACIÓN DE OFICIAL ___Tummt___ *****

Question/Pregunta ___I need to check with the FBI___

_____

_____

Response/Respuesta _____

_____

_____

By/Por_____ Date/Fecha _____



GEO
*Secure Services*

# UNIT DISCIPLINARY COMMITTEE REPORT OF FINDINGS AND ACTIONS

**Detainee Name:** Ndandu, Tresor Maleka          **A#:** A# 095227340

**Date of Incident:** 05/14/2022 @ 2252hr

Advise the detainee of the below rights afforded to them at the UDC proceeding:

1. Remain silent at any stage of the disciplinary process.
2. Due process, which includes:
     * Attending the entire hearing (excluding committee deliberations)
     * Waiving the right to appear
     * Having a UDC hearing within 24 hours after the conclusion of the investigation
3. Present statements and evidence, including witness testimony on his or her own behalf
4. Appeal the committee's determination through the detainee grievance process

## It is the finding of the Unit Disciplinary Committee that:

You committed the Prohibited Act as Charged: Code(s):     322

You committed the following Prohibited Act: Code(s):

You did not commit a Prohibited Act as charged: Codes(s):

Committee findings are based on the following information (witnesses, confidential information, etc. NOT officer's reports):

        DISMISSED

**Committee Action:**

- [ ] Refer to IDP
- [ ] Loss of Privileges
- [ ] Restrict to Dorm
- [ ] Warning

**Date & Time:**

- [ ] Loss of Job
- [ ] Remove from Program
- [ ] Confiscate Contraband
- [ ] Housing Changes

- [ ] Reprimand
- [ ] Impound Personal Property

**Comments:**

     Dismissed

**UDC Chairperson's Signature:** _____    **Date & Time:** 5/15/22

**Copy Delivered to Detainee By:** _Athul_    **on:** 5-15-22
                          (Signature and Title)                        (Date)

Was an interpreter/language line used?    [ ] Yes    [x] No

Language: _____    Employee: _____

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Plaintiff Seek $20.000.000 monatary Compensation for suffered, And Continues to Suffer, Including pain and suffering, grief, loss of enjoyement of life, Severe emotional distress, loss of support, and other similar damages. Plaintiff families Contunue to lives in fear of their life.

Plaintif respectfully requests that after due proce-edings, Court enter judgment in their behalf and against all Defendants, jointly severally as fallows

(a) Compensatory damages, Including Mental health the rest of his life.

(b) Reasonable attorneys fee and costs.

(c) Court feet

(d) punitive damages, and.

3