UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TRESOR NDANDU, | Case No.:  3:23-cv-00792-WQH-VET |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| OFFICER SASSO; OFFICER GONZALEZ; LIEUTENANT YATES; DETENTION WARDEN, | |
| Defendants. | |

HAYES, Judge:

IT IS HEREBY ORDERED that the motion requesting an extension of time to file a third amended complaint (ECF No. 24) is granted. Plaintiff shall file a third amended complaint within thirty (30) days of the entry of this Order.

Dated:  June 17, 2024

Hon. William Q. Hayes
United States District Court

1

3:23-cv-00792-WQH-VET