TRESOR NDANDU
342 EUCLID Ave Ste 406 #229
SANDIEGO,CA 92114
(619)459-3069
Plaintiff in Pro Se



FILED

JUL 1 5 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRESOR NDANDU,

          Plaintiff,

     vs.

OFFICER SASSO; OFFICER
GONZALES; LIEUTENANT YATE;
DETENTION WARDEN,


          Defendant.

Case No.: 3:23-cv-00792-WQH-VET

**TITLE OF PLEADING**

**THIRD AMENDED COMPLAINT.**

Name of Judicial Officer: HAYES,
Courtroom Number:
Date & Time of Hearing:

 Plaintiff seek Monetary damages remedies $20,000,000. For pain and suffering including the Emotional Trauma of civil right violation against Defendant Golden State Annex (ICE) Detention Center, a privately- Operated federal detention facility. "In Bivens , the Supreme court " recognized for the first time an implied right of action for damages against federal officer alleged to have violated a citizen's constitutional rights 'Vega  v. United Stated, 881 F.3d 1146, 1152 ( 9th Cir.2018) (quoting Hernandez v. Mesa, 582 U.S 548,5553(2017)). Bivens arose in

1

Title of THIRD AMEND COMPLAINT Pleading

the context of a Fourth Amendment violation , however , and the court has "only expanded "Biven" implied cause of action ' twice." Id ( quoting Ziglar v. Abassi, 582 U.S 120, 132 (2017)). Fist ,the Court recognize a Bivens remedy in the context of a Fifth Amendment claim based on gender discrimination. Id ( citing Carson v. Green,446 U.S 14,24-25 (1980)).  Example of constitutional violations that can lead to liability include unreasonable search with no probable cause * Violation of Fourth Amendment rights committed by Officer Sassou. Plaintiff was thrown into solitary confinement by Lieutenant YATES for not breaking any rule at all. That was Cruel and Unusual punishment what did the US Supreme court rule in the case of Estelle v. Gamble as it relate to the cruel and unusual punishment.  Hate Crime and Racial Discrimination by insulting plaintiff by calling Monkey and released plaintiff family information to the gangs detainees. Hate crime is a crime motivated by bias against race, color, religion, and national origin. Plaintiff was intentionally treated differently from similarly -situated individuals" The defendants Detention Warden include Officer Gonzalez acted with discriminatory against plaintiff . The plaintiff suffered injury as a result of the discriminatory classification.'' Lam v. San Francisco, 868 F. Supp. 2d 928, 951(N.D.Cal. 2022) (citing pers. Adm' of Mass. V. Feeney, 442 U.S. 256, 279 (1979)).

Plaintiff still sufferings Emotional distress includes all highly unpleasant emotional reaction , Including fright, Shock, Nervousness , anxiety ,worry, horror, grief, mortification, humiliation, embarrassment, indignity, apprehension, fear, terror, and ordeal.

Title of THIRD AMEND COMPLAINT Pleading

15/07/2024

TN

7-15-2024

Signature: _____

By: TRESOR NDANDU

Title of THIRD AMEND COMPLAINT Pleading