

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tresor Ndandu | Civil Action No. 23-cv-0792-WQH-VET |
| Plaintiff, | |
| V. | |
| Golden State Annex Detention Center, ICE; Officer Sasso; Officer Gonzalez; Lt. Yates; Detention Warden | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Third Amended Complaint (TAC) is dismissed without prejudice and without leave to amend. The case is hereby closed.

| | |
|---|---|
| Date: 9/17/24 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By: s/ S. Nyamanjiva<br>S. Nyamanjiva, Deputy |